■ TINA MAGYAR, Appellant, v PAUL C. MAGYAR, Respondent. (Appeal No. 1.) [713 NYS2d 137] —Appeal unanimously dismissed without costs (see, *Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Niagara County, Joslin, J., for Pigott, Jr., J., pursuant to CPLR 9002—Matrimonial.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.